IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOEL DONALD MALLORY, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-12-2608 |
| § | |
| GREG ABBOTT, § | |
| § | |
| Respondent. § | |

## ORDER OF DISMISSAL

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed without prejudice.

SIGNED on February 5, 2013, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　Lee H. Rosenthal
　　　　　　　　　　　　　　　　　　　United States District Judge